**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID DAWSON**                                                     **PLAINTIFF**
**ADC #095958**

**V.**                   **CASE NO. 4:16-CV-603 SWW-JTK**

**MICHAEL WRIGHT, Prosecuting Attorney,**
**Pulaski County; BRANDY TURNER, Public Defender,**
**Pulaski County**                                                            **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Jerome T. Kearney. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Plaintiff David Dawson's complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 22nd day of September, 2016.

                                                  /s/Susan Webber Wright
                                                  UNITED STATED DISTRICT JUDGE